No. 124, Misc.  COMMACK *v.* BUSH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of the applications in the foregoing cases beginning with No. 4, Misc. on page 834 and ending with No. 124, Misc. on this page.

*Rehearing Denied.  (See also No. 279, October Term, 1948, supra.)*

No. 12, October Term, 1948.  BRINEGAR *v.* UNITED STATES, 338 U. S. 160;

No. 128, October Term, 1948.  FARMERS RESERVOIR & IRRIGATION CO. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR, 337 U. S. 755;

No. 196, October Term, 1948.  McCOMB, WAGE & HOUR ADMINISTRATOR, *v.* FARMERS RESERVOIR & IRRIGATION CO., 337 U. S. 755;

No. 287, October Term, 1948.  INTERSTATE OIL PIPE LINE CO. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION, 337 U. S. 662;

No. 351, October Term, 1948.  COSMOPOLITAN SHIPPING CO., INC. *v.* McALLISTER, 337 U. S. 783;

No. 509, October Term, 1948.  KOHL *v.* COMMISSIONER OF INTERNAL REVENUE, 337 U. S. 956;

No. 522, October Term, 1948.  RAGAN *v.* MERCHANTS TRANSFER & WAREHOUSE CO., INC., 337 U. S. 530;

No. 604, October Term, 1948.  AJAX TRUCKING CO., INC. *v.* BROWNE ET AL., CONSTITUTING THE STATE TAX COMMISSION OF NEW YORK, 337 U. S. 951;

No. 659, October Term, 1948.  FUJINO *v.* CLARK, ATTORNEY GENERAL, 337 U. S. 937;

No. 740, October Term, 1948.  TIBBALS ET AL. *v.* MICA MOUNTAIN MINES, INC. ET AL., 337 U. S. 925;

No. 748, October Term, 1948.   Zimmermann v. United States, 337 U. S. 941;

No. 788, October Term, 1948.   Latta et al. v. Western Investment Co. et al., 337 U. S. 940;

No. 791, October Term, 1948.   Continental Casualty Co. v. United States for the use of Schaefer, doing business as the Concrete Construction Co., et al., 337 U. S. 940;

No. 826, October Term, 1948.   Whetstone v. United States, 337 U. S. 941;

No. 832, October Term, 1948.   Lyons v. Capital Transit Co., 337 U. S. 942; and

No. 877, October Term, 1948.   Keating v. United States, 337 U. S. 959.   The petitions for rehearing in these cases are severally denied.   Mr. Justice Clark took no part in the consideration or decision of these applications.

No. 31, October Term, 1948.   Larson, War Assets Administrator and Surplus Property Administrator, v. Domestic & Foreign Commerce Corp., 337 U. S. 682. The petition for rehearing and alternative motion to amend the judgment and mandate are denied.   Mr. Justice Clark took no part in the consideration or decision of this application.

No. 84, October Term, 1948.   Commissioner of Internal Revenue v. Wodehouse, 337 U. S. 369.   Rehearing denied.   Mr. Justice Douglas and Mr. Justice Clark took no part in the consideration or decision of this application.

No. 253, October Term, 1948.   United States v. Penn Foundry & Manufacturing Co., Inc., 337 U. S. 198.